# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHARON M. JENKINS-BERVINE, :
    Plaintiff, :
     :
v. : CIVIL ACTION NO. 19-CV-3198
     :
ROBERT DUFFY, *et al.*, :
    Defendants. :

## ORDER

AND NOW, this **30TH** day of **July, 2019**, upon consideration of Plaintiff Sharon M. Jenkins-Bervine's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous and malicious.

4. The Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

5.

                        **BY THE COURT:**

                        */s/ Eduardo C. Robreno*
                        **EDUARDO C. ROBRENO, J.**